IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRICKLAYERS LOCAL NO 3, | No.  CV 13-04239 LB |
| Plaintiff, | **ORDER** |
| v. | |
| SULLIVAN CONSTRUCTION CO, | |
| Defendant. | |

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **Honorable Susan Illston** in the **San Francisco division** for all further proceedings. Counsel are instructed that all future filings shall bear the **initials SI** immediately after the case number. All hearing dates presently scheduled are vacated and motions should be renoticed for hearing before the judge to whom the case has been reassigned. Briefing schedules remain unchanged. *See* Civil L.R. 7-7(d). Matters for which a magistrate judge has already issued a report and recommendation shall not be rebriefed or noticed for hearing before the newly assigned judge; such matters shall proceed in accordance with Fed. R. Civ. P. 72(b).

FOR THE EXECUTIVE COMMITTEE:

Dated:  September 25, 2013

*Richard W. Wieking*
Richard W. Wieking
Clerk of Court

rev 4-12