Michele R. Stafford, Esq. (SBN 172509)
Erica J. Russell, Esq. (SBN 274494)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
mstafford@sjlawcorp.com
erussell@sjlawcorp.com

Attorneys for Plaintiffs

John P. McGill (SBN 190510)
ARCHER NORRIS
2033 North Main Street, Suite 800
Walnut Creek, CA 94596
(925) 930-6600
(925) 930-6620 – Facsimile
jmcgill@archernorris.com

Attorneys for Defendant

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRICKLAYERS LOCAL NO. 3 PENSION TRUST, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>SULLIVAN CONSTRUCTION CO., INC., a California corporation<br><br>Defendant. | Case No.: C13-4239 SI<br><br>**JOINT REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER THEREON**<br><br>Date:       **January 17, 2014**<br>Time:       **2:30 p.m.**<br>Location:  **450 Golden Gate Avenue**<br>                  **San Francisco, CA**<br>Courtroom: **10, 19th Floor**<br>Judge:      **Susan Ilston** |

Plaintiffs and Defendant respectfully request that the Case Management Conference, currently on calendar for January 17, 2014, be continued for approximately sixty (60) to ninety (90) days.

1.  As the Court's records will reflect, this action was filed on September 12, 2013. Defendant was served on September 29, 2013.

2.  Defendant's Answer to Complaint was filed on 12/6/13.

**3.** The parties have been working to resolve this matter informally. Defendant has paid much of what is due. Plaintiffs recently provided an updated demand as to the remainder due, and expect payment shortly.

**4.** In the interest of conserving costs as well as the Court's time and resources, both parties respectfully request that the Case Management Conference, currently scheduled for January 17, 2014, be continued for approximately sixty (60) to ninety (90) days to allow time for this matter to be resolved.

Dated: January 7, 2014

**SALTZMAN & JOHNSON LAW CORPORATION**

/S/
Michele R. Stafford
Attorneys for Plaintiffs

Dated: January 7, 2014

**ARCHER NORRIS**

/S/
John P. McGill
Attorneys for Defendant

IT IS SO ORDERED.

The currently set Case Management Conference is hereby continued to  4/4/14 , 2014 at  2:30 pm  and all previously set deadlines and dates related to this case are continued accordingly.

Date: 1/3/14

[signature: Susan Ilston]

The Honorable Susan Ilston
United States District Court Judge

-2-
**REQUEST TO CONTINUE CMC**
**CASE NO.: C13-4239 SI**

P:\CLIENTS\BRICL\SULLIVAN CONSTRUCTION CO., INC\PLEADINGS\REQUEST TO CONTINUE CMC 010614.DOCX

**ATTESTATION CERTIFICATE**

In accord with the Northern District of California's General Order No. 45, Section X (B), I attest that concurrence in the filing of this document has been obtained from each of the other signatories who are listed on the signature page.

Dated: January 7, 2014        **SALTZMAN & JOHNSON LAW CORPORATION**

                    By:  /S/
                    _____
                    Michele R. Stafford
                    Attorneys for Plaintiffs