Michele R. Stafford, Esq. (SBN 172509)
Erica J. Russell, Esq. (SBN 274494)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
mstafford@sjlawcorp.com
erussell@sjlawcorp.com

Attorneys for Plaintiffs

John P. McGill (SBN 190510)
ARCHER NORRIS
2033 North Main Street, Suite 800
Walnut Creek, CA 94596
(925) 930-6600
(925) 930-6620 – Facsimile
jmcgill@archernorris.com

Attorneys for Defendant

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| BRICKLAYERS LOCAL NO. 3 PENSION TRUST, et al., | Case No.: C13-4239 SI |
|---|---|
| Plaintiffs, | JOINT REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER THEREON |
| v. | |
| SULLIVAN CONSTRUCTION CO., INC., a California corporation | Date: April 4, 2014<br>Time: 2:30 p.m.<br>Location: 450 Golden Gate Avenue<br>San Francisco, CA<br>Courtroom: 10, 19th Floor<br>Judge: Honorable Susan Ilston |
| Defendant. | |

Plaintiffs and Defendant respectfully request that the Case Management Conference, currently on calendar for April 4, 2014, be continued for approximately 120 days.

1. As the Court's records will reflect, this action was filed on September 12, 2013. Defendant was served on September 29, 2013.

2. Defendant's Answer to Complaint was filed on December 6, 2013.

3. The parties have agreed to enter into a Stipulation for Entry of Judgment

-1-
REQUEST TO CONTINUE CMC
CASE NO.: C13-4239 SI

P:\CLIENTS\BRICL\SULLIVAN CONSTRUCTION CO., INC\PLEADINGS\REQUEST TO CONTINUE CMC 3-25-14.DOCX

("Stipulation"), which will be filed with the Court only upon Defendant's default of the terms of the Stipulation. The Stipulation allows Defendant to make four (4) monthly payments toward its debt owed to Plaintiffs.

4. Since the parties have come to an informal resolution, there are no issues that need to be addressed at the currently scheduled Case Management Conference.

5. In the interest of conserving costs as well as the Court's time and resources, both parties respectfully request that the Case Management Conference, currently scheduled for April 4, 2014, be continued for approximately 120 days to allow time for all payments to be made. Assuming Defendant complies with all of the terms of the Stipulation, Plaintiffs will file a voluntary dismissal of this action upon bank clearance of Defendant's final payment.

Dated: March 25, 2014

**SALTZMAN & JOHNSON LAW CORPORATION**

By: _____
Erica J. Russell
Attorneys for Plaintiffs

Dated: March 25, 2014

**ARCHER NORRIS**

By: _____
John P. McGill
Attorneys for Defendant

IT IS SO ORDERED.

The currently set Case Management Conference is hereby continued to __Aug. 8__, 2014 at __2:30 p.m__ and all previously set deadlines and dates related to this case are continued accordingly.

Date: March 27, 2014

_____
The Honorable Susan Ilston
United States District Court Judge

-2-
REQUEST TO CONTINUE CMC
CASE NO.: C13-4239 SI

# ATTESTATION CERTIFICATE

In accord with the Northern District of California's General Order No. 45, Section X (B), I attest that concurrence in the filing of this document has been obtained from each of the other signatories who are listed on the signature page.

Dated: March 25, 2014

**SALTZMAN & JOHNSON**
**LAW CORPORATION**

By: _____
Erica J. Russell
Attorneys for Plaintiffs

-3-
REQUEST TO CONTINUE CMC
CASE NO.: C13-4239 SI

P:\CLIENTS\BRICL\SULLIVAN CONSTRUCTION CO., INC\PLEADINGS\REQUEST TO CONTINUE CMC 3-25-14.DOCX